| | |
|---|---|
| Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com) | Courtland L. Reichman |
| Jonathan J. Lamberson (SBN 239107 / lamberson@fr.com) | MCKOOL SMITH HENNIGAN, P.C. |
| Betty H. Chen (SBN 290588 / bchen@fr.com) | 255 Shoreline Drive, Suite 510 |
| Bryan K. Basso (SBN 278973 / basso@fr.com) | Redwood Shores, CA 94065 |
| FISH & RICHARDSON P.C. | Telephone: (650) 394-1400 |
| 500 Arguello Street, Suite 500 | Facsimile: (650) 394-1422 |
| Redwood City, California 94063 | creichman@mckoolsmith.com |
| Telephone: (650) 839-5070 | |
| Facsimile: (650) 839-5071 | Christopher Bovenkamp |
| | Mateo Z. Fowler |
| Juanita R. Brooks (SBN 75934 / brooks@fr.com) | MCKOOL SMITH, P.C. |
| FISH & RICHARDSON P.C. | 300 Crescent Court, Suite 1500 |
| 12390 El Camino Real | Dallas, TX 75201 |
| San Diego, California 92130 | Telephone: (214) 978-4940 |
| Telephone: (858) 678-5070 | Facsimile: (214) 978-4044 |
| Facsimile: (858) 678-5099 | cbovenkamp@mckoolsmith.com |
| | mfowler@mckoolsmith.com |
| Attorneys for Defendant/Counterclaim-Plaintiff MICROSOFT CORPORATION | Jeanne E. Irving |
| | MCKOOL SMITH, P.C. |
| | 865 South Figueroa Street, Suite 2900 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 694-1015 |
| | Facsimile: (213) 694-1234 |
| | jirving@mckoolsmithhennigan.com |
| | |
| | Shahar Harel |
| | MCKOOL SMITH |
| | One Bryant Park, 47th Floor |
| | New York, NY 10036 |
| | Telephone: (212) 402-9449 |
| | Facsimile: (212) 402-9444 |
| | sharel@mckoolsmith.com |
| | |
| | Attorneys for Plaintiff/Counterclaim-Defendants MEDIA RIGHTS TECHNOLOGIES, INC. and BLUEBEAT, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| MEDIA RIGHTS TECHNOLIGES, INC., | Case No. 5:13-cv-1916 PSG |
| Plaintiff, | **JOINT STIPULATION TO SHORTEN THE BRIEFING SCHEDULE TO REDUCE THE NUMBER OF ASSERTED CLAIMS** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

1  Defendant/Counterclaim-Plaintiff Microsoft Corporation ("Microsoft") and
2  Plaintiff/Counterclaim-Defendants Media Rights Technologies, Inc. and Bluebeat, Inc. hereby
3  stipulate and agree to shorten the briefing schedule to [D.I. 44] Microsoft's Motion to Reduce the
4  Number of Asserted Claims.

5  The parties respectfully requests the following briefing schedule, which would allow the
6  motion to be briefed and heard before the parties exchange invalidity contentions and claim
7  construction positions:

| Event | Proposed Date |
| --- | --- |
| MRT's last day to file its response | December 3, 2013 |
| Microsoft's last day to file its reply | December 6, 2013 |
| Hearing on motion | December 10, 2013, or as soon thereafter as practicable |

12  This stipulation will not result in prejudice to either party or otherwise cause any significant
13  delay in this litigation.

14  Pursuant to Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the
15  filing of this document has been obtained for the other signatories in this e-filed document.

17  Dated:  November 27, 2013            FISH & RICHARDSON P.C.

19                                                   By:  */s/ Betty H. Chen*
                                                          Betty H. Chen

21                                                   Attorneys for Defendant/Counterclaim-Plaintiff
                                                     MICROSOFT CORPORATION

23  Dated:  November 27, 2013            MCKOOL SMITH, P.C.

25                                                   By:  */s/ Mateo Z. Fowler*
                                                          Mateo Z. Fowler

26                                                   Attorneys for Plaintiff/Counterclaim-Defendants
                                                     MEDIA RIGHTS TECHNOLOGIES, INC. and
                                                     BLUEBEAT, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED  November 27, 2013.

*[Signature]*

United States Magistrate Judge

50930232.doc