| | |
|---|---|
| Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com) Jonathan J. Lamberson (SBN 239107 / lamberson@fr.com) Betty H. Chen (SBN 290588 / bchen@fr.com) Bryan K. Basso (SBN 278973 / basso@fr.com) FISH & RICHARDSON P.C. 500 Arguello Street, Suite 500 Redwood City, California 94063 Telephone: (650) 839-5070 Facsimile: (650) 839-5071 | John P. Wagner, Jr. (SBN 161987 / jwagner@wagnerblecher.com) WAGNER BLECHER LLP Westridge Business Park 123 Westridge Drive Watsonville, California 95076 Telephone: (408) 377-0500 Facsimile: (831) 722-2350 Attorneys for Plaintiff/Counterclaim-Defendant MEDIA RIGHTS TECHNOLOGIES, INC |
| Juanita R. Brooks (SBN 75934 / brooks@fr.com) FISH & RICHARDSON P.C. 12390 El Camino Real San Diego, California 92130 Telephone: (858) 678-5070 Facsimile: (858) 678-5099 | |

Attorneys for Defendant/Counterclaim-Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEDIA RIGHTS TECHNOLOGIES, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff, | Case No. 5:13-cv-1916 PSG <br><br> **JOINT NOTICE OF DISMISSAL OF ACTION** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff/Counterclaim-Defendant Media Rights Technologies, Inc. ("MRT") hereby dismisses with prejudice all claims brought by MRT against Microsoft and Defendant/Counterclaim-Plaintiff ("Microsoft") hereby dismisses without prejudice all counterclaims brought by Microsoft against MRT in the above-captioned action. The parties stipulate that each party shall bear its own costs, expenses and attorneys' fees.

Pursuant to Civil L.R. 5-1(i)(1) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

Dated: April 19, 2016                     FISH & RICHARDSON P.C.

By: */s/ Betty H. Chen*
    Betty H. Chen

Attorneys for Defendant/Counterclaim-Plaintiff
MICROSOFT CORPORATION

Dated: April 19, 2016                     WAGNER BLECHER LLP

By: */s/ John P. Wagner, Jr.*
    John P. Wagner, Jr.

Attorneys for Plaintiff/Counterclaim-Defendant
MEDIA RIGHTS TECHNOLOGIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED  April 21 , 2016.

_____
United States ~~District~~ Judge
            Magistrate

51017315.doc